RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/4/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TIMOTHY RAY WATKINS** | **CIVIL ACTION NO. 09-1731** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **L. AUGUSTINE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

On October 9, 2009, the Court issued an Order [Doc. No. 5] detailing the history of Petitioner Timothy Ray Watkins' filings, denying his motion to proceed in forma pauperis, and ordering him to pay the full filing fee of $350.00 within twenty (20) days of the date of the Order.

On October 27, 2009, the Clerk of Court received for filing a Motion to Transfer Case [Doc. No. 7] submitted by Petitioner. In his motion, Petitioner also indicated that he was seeking injunctive relief; therefore, the Clerk of Court filed his motion separately [Doc. No. 6] as a motion for temporary restraining order. In his filing, Petitioner contends that his case should be transferred "do [sic] to legal problems to plaintiff James Jones, #108280 Cajun-2-C-1 is pro se and in forma pauperis. Class Action Suite [sic]." [Doc. No. 6].

The Court finds that Petitioner has failed to comply with the Court's October 9, 2009 Order by paying his filing fee, and he has not alleged that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Further, to the extent that he seeks to "transfer" his case to a case filed by another prisoner, he has no right to do so. Accordingly,

IT IS ORDERED that Petitioner's pleadings be STRICKEN, and this case CLOSED.

MONROE, LOUISIANA, this __4__ day of November, 2009.

                                                ROBERT G. JAMES
                                                CHIEF JUDGE